UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| PATRICIA SHEVLIN, | ) |
|       Plaintiff, | ) CIVIL ACTION NO. 2:22-cv-00018 |
| vs. | ) **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SAVANNAH MARIE WHITAKER ONLY** |
| TRACEY LYNN REID, et al., | ) |
|       Defendants. | ) |

Now comes the Plaintiff and hereby provides a stipulation of dismissal as to Defendant Savannah Marie Whitaker only, pursuant to Rule 41(a)(1)(A)(ii of the Federal Rules of Civil Procedure.  Plaintiff has consulted with all parties who have appeared in this action and all parties have agreed to this stipulation. The parties hereby stipulate that this matter be dismissed, with prejudice, as to Defendant Savannah Marie Whitaker **only**.

Respectfully submitted,

/s/ Andrew C. Stebbins
Andrew C. Stebbins (OH 0086387)*
Buckingham, Doolittle & Burroughs, LLC
1375 E. Ninth Street, Suite 1700
Cleveland, Ohio 44114
(216) 736-4233
astebbins@bdblaw.com
*Admitted Pro Hac Vice
**Counsel for Plaintiff Patricia Shevlin**

/s/ E. Seth Combs
E. Seth Combs (KBA 96093)
P.O. Box 1590
Hindman, Kentucky 41822
(606) 785-5556
seth@sethcombs.net
**Counsel for Defendant Savannah Whitaker**

**Agreed to and without objection:**

/s/ David C. Travis
David C. Travis (KBA 88773)
Bluegrass Lawyers, PLLC
4612 Chamberlain Lane, Suite 210
Louisville, KY 40241
(502) 576-2666
david@bluegrass-lawyers.com
**Counsel for Defendant Geraldine Souza**

/s/ Matthew A. Taulbee
Matthew A. Taulbee (KBA 91272)
Reminger Co., L.P.A.
250 Grandview Drive, Suite 550
Ft. Mitchell, KY 41017-5667
(859) 426-3667
mtaulbee@reminger.com
**Counsel for Defendant Tracy Reid**

4862-6281-5054, v. 2