```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
             NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2022-18 - WOB

PATRICIA SHEVLIN                                          PLAINTIFF

VS.                           <u>ORDER</u>

TRACY LYNN REID, ET AL                                    DEFENDANTS

This matter is before the Court on the Report and Recommendation (Doc. 38) of the Magistrate Judge, and plaintiff having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that:

(1) The Report and Recommendation be, and it hereby is, **ADOPTED** as the findings of fact and conclusions of law of this Court;

(2) The pending motions (Docs. 34, 36) are hereby **DENIED AS MOOT**;

(3) This action be, and hereby is **DISMISSED AND STRICKEN** from the Court's docket for failure to prosecute.

This 5th day of June 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge